In the Matter of MARTIN A. GREENBERG, an Attorney, Respondent. DEPARTMENTAL DISCIPLINARY COMMITTEE FOR THE FIRST JUDICIAL DEPARTMENT, Petitioner.

First Department, July 11, 1985

### APPEARANCES OF COUNSEL

*Sarah Diane McShea* of counsel (*Michael A. Gentile,* attorney), for petitioner.

No appearance on behalf of respondent.

### OPINION OF THE COURT

Per Curiam.

The Departmental Disciplinary Committee for the First Department has moved to strike respondent's name from the roll of attorneys pursuant to Judiciary Law § 90 (4) (b).

Respondent was admitted to practice in the Second Department on March 30, 1960.

Respondent was suspended indefinitely as an attorney and counselor-at-law by order of this court entered August 18, 1983. He entered a guilty plea to the charge of grand larceny in the third degree (Penal Law § 155.30), a class E felony, in the Supreme Court, New York County, on March 15, 1985. Upon respondent's plea of guilty to the felony charge, he has been automatically disbarred (Judiciary Law § 90 [4] [a]).

A certified copy of the disposition has been presented to this court (Judiciary Law § 90 [4] [b]).

Accordingly, the petition should be granted and respondent's name stricken from the roll of attorneys. (Judiciary Law § 90 [4] [b]; *Matter of Cohen,* 107 AD2d 189.)

KUPFERMAN, J. P., SULLIVAN, ASCH, BLOOM and ELLERIN, JJ., concur.

Respondent's name is stricken from the roll of attorneys and counselors-at-law in the State of New York.